**FILED**

OCT 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

ATTEST

By Jakela Mells on Oct 28, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Oct 08, 2009**

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

**FILED**

OCT 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

(SEE ATTACHED SCHEDULE)

<u>CONDITIONAL TRANSFER ORDER (CTO-327)</u>

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,871 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 26, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 10/27/09

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

### SCHEDULE CTO-327 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**ALABAMA NORTHERN**

~~ALN   2      09-1812        Charles Corley, et al. v. Long-Lewis, Inc., et al.~~ **Opposed 10/26/09**

**CALIFORNIA CENTRAL**

CAC   2      09-6698        James H. Prange, et al. v. Alfa Laval, Inc., et al.
~~CAC   2      09-6952        Willie Gill, etc. v. A.W. Chesterton Co., et al.~~ **Opposed 10/23/09**

**CALIFORNIA NORTHERN**

CAN   3      09-4135 - *SC*    Claudia Escalera, et al. v. Northrop Grumman Corp., et al.
~~CAN   3      09-4394        Harold Gerecke, et al. v. Allis-Chalmers Corp. Product Liability
Trust, et al.~~ **Opposed 10/26/09**
CAN   3      09-4605 - *564*   Jack E. Jones v. General Electric Co.
CAN   4      09-4606 · *CW*   Sidney Walker v. General Electric Co., et al.

**CONNECTICUT**

CT   3      09-497        Samuel Allen, et al. v. General Electric Co., et al.
CT   3      09-645        Louise Wight, et al. v. General Electric Co., et al.
CT   3      09-879        Donald Schaff v. Buffalo Pumps, Inc., et al.

**LOUISIANA EASTERN**

~~LAE   2      09-6365        Colleen Comer Marchand, et al. v. Anco Insulations, Inc., et al.~~
**Vacated 10/23/09**

**MAINE**

ME   2      09-486        Donald Clark, et al. v. Trane U.S., Inc., et al.

**NORTH CAROLINA EASTERN**

NCE   2      09-29        Brenda Brown v. A.W. Chesterton Co., et al.
NCE   2      09-46        Rudolph Simmons v. A.W. Chesterton Co., et al.
NCE   2      09-47        Emma M. Knight v. A.W. Chesterton Co., et al.
NCE   4      09-156        Robert Liston Whitaker, et al. v. A.W. Chesterton Co., et al.
NCE   5      09-174        Erness H. Jandreau, etc. v. Alfa Laval USA, Inc., et al.
NCE   5      09-342        Connie L. Manis, etc. v. Anchor Packing Co., et al.
NCE   7      09-140        William Bernard Clark, Jr., et al. v. A.W. Chesterton Co., et al.

**NORTH CAROLINA MIDDLE**

NCM   1      09-704        Herman Joel Ennis, et al. v. A.W. Chesterton Co., et al.
NCM   1      09-757        William Henry Oakley, et al. v. A.W. Chesterton Co., et al.
NCM   1      09-758        Donald Edward Warren, et al. v. A.W. Chesterton Co., et al.

**MDL No. 875 - Schedule CTO-327 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-344 | Ronald Clark Bowman, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-345 | Ernest Wade Currie, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-346 | Nathan Lee Ottinger, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-363 | Sylvia Smith Readling, etc. v. A.W. Chesterton Co., et al. |
| | | | |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9571 | Melvin W. Bicknell v. American Standard, Inc., et al. |
| VAE | 2 | 09-9572 | Pedro Flores, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9573 | Charles C. Houska v. American Standard, Inc., et al. |
| VAE | 2 | 09-9574 | Wilfred J. Hudson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9575 | Hilmar Pike v. American Standard, Inc., et al. |
| VAE | 2 | 09-9576 | Eugene A. Heldenbrand v. American Standard, Inc., et al. |
| VAE | 2 | 09-9577 | Gene Pacheco v. American Standard, Inc., et al. |
| VAE | 2 | 09-9578 | Thomas J. Quimby v. American Standard, Inc., et al. |
| VAE | 2 | 09-9579 | Jerry A. Baker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9580 | Joseph L. Engley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9581 | James Garner v. American Standard, Inc., et al. |
| VAE | 2 | 09-9582 | Charles E. Irving v. American Standard, Inc., et al. |
| VAE | 2 | 09-9583 | John D. Klepinger v. American Standard, Inc., et al. |
| VAE | 2 | 09-9584 | John A. Klomp v. American Standard, Inc., et al. |
| VAE | 2 | 09-9585 | Glen Rosier v. American Standard, Inc., et al. |
| VAE | 2 | 09-9586 | David L. Savage v. American Standard, Inc., et al. |
| VAE | 2 | 09-9587 | William T. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9588 | Edmund V. Sobota v. American Standard, Inc., et al. |
| VAE | 2 | 09-9589 | Ronald Valent v. American Standard, Inc., et al. |
| VAE | 2 | 09-9590 | Gailand A. Yates v. American Standard, Inc., et al. |
| VAE | 2 | 09-9591 | Richard E. Blackstone v. American Standard, Inc., et al. |
| VAE | 2 | 09-9592 | Willis W. Smeilis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9593 | Raymond R. Wilson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9594 | Roger L. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 09-9595 | William H. Monroe, Jr., etc. (Harry Raymond Meeks, Sr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9596 | William H. Monroe, Jr., etc. (Merele D Morrison) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9597 | Leland Claybrook v. Alfa Laval, Inc., et al. |
| VAE | 2 | 09-9598 | Jose M. Montoya v. American Standard, Inc., et al. |
| VAE | 4 | 09-92 | Raymond Edward Stevens v. 3M Business Products Sales, Inc., et al. |
| | | | |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 09-967 | Paul George McKenzie, et al. v. Saberhagen Holdings, Inc., et al. |
| | | | |
| **WISCONSIN EASTERN** | | | |
| WIE | 1 | 09-757 | Anthony Arendt v. A.W. Chesterton Co., et al. |